162 So. 922

F. W. WOOLWORTH & CO. v. Y. J. GURLEY.

6 Div. 763.

Court of Appeals of Alabama.

Aug. 27, 1935.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

Ewing & Perrine, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

162 So. 923

GADSDEN TRANSFER & STORAGE CO. et al. v. Joe OLIVER.

7 Div. 165.

Court of Appeals of Alabama.

Aug. 27, 1935.

PER CURIAM.

Appeal dismissed on motion of appellants.

155 So. 918

Curtis GALLOWAY v. STATE.

1 Div. 118.

Court of Appeals of Alabama.

Jan. 30, 1934.

Rehearing Denied May 8, 1934.

C. L. Hybart, of Monroeville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.

Affirmed.

157 So. 918

Dave GARNER v. STATE.

2 Div. 542.

Court of Appeals of Alabama.

Nov. 6, 1934.

RICE, Judge.

Affirmed.

159 So. 915

Louis GENTLE v. CITY OF HUNTSVILLE.

8 Div. 59.

Court of Appeals of Alabama.

Feb. 12, 1935.

RICE, Judge.

Affirmed.

162 So. 922

Paul GIARDINO v. STATE.

6 Div. 812.

Court of Appeals of Alabama.

Aug. 27, 1935.

PER CURIAM.

Appeal dismissed by appellant.